# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

5/12/04

A072 386 357
DKT#

## UNITED STATES
ENRICO DORLUS V I.N.S

Defendant's Affidavit of Indigency and request for waiver, substitution or State payment of fees and costs

Now comes the defendant _____ in the above entitled matter in pursuant to General Laws chapt. 261 Sec. 27(A)-(G) and states the following:

   (i) defendant _____ is indegent, and without funds

   (ii) defendant _____ is unable to pay the necessary fees and costs of the proceedings in which he is involved

   (iii) The defendant is in fact detained at the Plymouth County Correctional facility in Plymouth Mass

Applicant request that the following normal fees and cost (e.g filing fee, service of process cost etc, be waived, substituted or paid for by the State to accordance with Sec 625 of the Economic Opportunity act

        G.L. c 261, 27(A) Sec 5,

1

(iiii) defendant requests that the following extra fees and costs (e.g. Costs of transcribing a deposition, expert assistance etc, Either be waived substituted or paid by the State.

All statements here-within are signed under the pains and penalities of pejury on this Date

                Submitted by Defendant

# UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

_____ Petitioner

V

Joseph F McDonough and Steven J Farquharson
 respondents
                              Civil Action
                              No:

On _____ 200_, petitioner an _____ detainee currently confined at Plymouth County Correctional facility, filed a writ of Habeas Corpus under 28 U.S.C. § 2241 and also filed an affidavit of indigency

- accordingly -

(1) The Clerk shall correct the case caption to reflect that the only respondent to this action is the Sherif of Plymouth County (Joseph McDonough) a writ of Habeas Corpus must be directed to the person having custody of the person detained 28 U.S.C § 2243. Petitioners legal custodian is the Sheriff of Plymouth County. The individual having day to day control over the facility in which petitioner is being detained. Vasquez v Reno, 233 F. 3d 688, 694 (1st Cir. 2000) cert. denied sub nom Vasquez v Ashcroft, 122 S.ct. 43 (2001) Mass. Gen laws ch 126 § 16 (Sheriff shall have custody and control of the jails in his County... and shall be responsible for them);

(2) The Clerk of this Court shall serve a copy of the petition, by certified mail, upon (i) Sheriff Joseph F McDonough, Plymouth County Correctional facility, 26 long Pond Road, Plymouth Ma 02360 (ii) the United States Attorney (iii) Frank Crowley

-1-

Department of Homeland Security, Special Assistant United States Attorney, P.O. Box 8728 J.F.K. Station Boston Mass 02114 AND

(3) The respondant shall within (28) days of this receipt of this Order, file an answer or other responsive pleading AND

(4) The respondent shall provide the court with at least 48 hours advance notice of any scheduled deportation or removal of petitioner

Submitted by defendant

Date: