```
                   UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


ENRICO DORLUS,                    )
          Petitioner,             )
                                  )
     v.                           )   C.A. No.  04-10970-MEL
                                  )
INS,                              )
          Respondent.             )
```

NOTICE OF DISMISSAL

For the reasons stated in the Memorandum and Order dated June 21, 2004, this action is DISMISSED WITHOUT PREJUDICE.


                              TONY ANASTAS,
                              CLERK OF COURT


Dated: June 21, 2004          By /s/ Barbara Morse
                                 Deputy Clerk